

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

DEC 1 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Jurisdiction
(Separate Paragraph)

Victor A. Cephas Sr.
4544 Del Pappa Ct.
Las Vegas, NV 89130
702-379-2994

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Victor A. Cephas Sr.
      Plaintiff,

vs.

Apple Inc.
      Defendant.

CASE
AT TI  **2:19-cv-02124-APG-VCF**

COMPLAINT

The information contained in the next few paragraphs will contain the allegations made against Apple Inc.

Plaintiff Victor A. Cephas Sr. brings forth the following causes of action and alleges the following:

1. On or about May 8, 2019 the Defendant terminated me wrongly.

2. They put me on what is called documentary coaching which gives them 30 days in their opinion to

judge me if I'm not doing my job properly. No matter whatever I did they were going to say that was not enough.

3. This is unfair practice that Apple uses to get rid of people of color.

Plaintiff brings forth the following counts and allegations supporting his cause of action:

## COUNT 1 - NEGLIGENCE

Defendant leader Johnny Amiri ask me if I was a racist! after this is when I saw things start to change for me.

## DAMAGES

WHEREFORE, Plaintiff seeks compensatory damages in my back pay and my stocks together with attorney fees

and court costs.

Dated: 12-11-19

Victor A. Cephas Sr.
4544 Del Pappa Ct. Las Vegas, Nv 89130
702-379-2994